IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLIFTON SHIPMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-18-WKW |
| | ) [wo] |
| JO ANNE B. BARNHART, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On January 4, 2007, the Magistrate Judge filed a Recommendation (Doc. # 22) to which the plaintiff objected (Doc. # 24). The defendant filed a reply (Doc. # 25) to the Objection. After an independent and *de novo* review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation of the Magistrate Judge (Doc. # 22) is ADOPTED;

2. The decision of the Commissioner is AFFIRMED; and

3. The case is dismissed with prejudice with costs taxed against the plaintiff.

An appropriate judgment will be entered.

Done this 13th day of February, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE